**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––

**ERIKA ALEXANDRIA,**

                **Plaintiff,**

      **- against -**

**KOSETTE, INC.,**

                **Defendant.**

––––––––––––––––––––––––––––––––––––––

**25-cv-9857 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **March 30, 2025.** Failure to notify the Court by that date may result in dismissal without prejudice.

**SO ORDERED.**
**Dated:**    **New York, New York**
          **December 29, 2025**

                    /s/ John G. Koeltl
                      **John G. Koeltl**
           **United States District Judge**