UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ERIKA ALEXANDRIA,

                Plaintiff,

        - against -

KOSETTE, INC.,

                Defendant.
_____

25-cv-9857 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for March 12, 2026 at 4:00 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
           March 5, 2026

                        John G. Koeltl
               United States District Judge